FILED

APR 1 0 2026

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA      )
                              )
    v.                        )        Case No: 2:26mj139
                              )        Court Date: May 7, 2026
MARTRELL WALKER,              )
    Defendant.                )

CRIMINAL INFORMATION

COUNT ONE
Misdemeanor

THE UNITED STATES ATTORNEY CHARGES:

That on or around September 1, 2023, at Naval Station Norfolk, Norfolk, Virginia, on

lands acquired for the use of the United States and within the special maritime and territorial

jurisdiction thereof, in the Eastern District of Virginia, the defendant, MARTRELL WALKER,

did unlawfully enter upon a military installation for a purpose prohibited by law or unlawful

regulation, to wit: to willfully and knowingly steal and purloin property of the United States in

violation of Title 18, United States Code, Section 641.

(In violation of Title 18, United States Code, Section 1382.)

Respectfully submitted,

Todd. W. Blanche
Acting Attorney General

*Ashley J. Young*

Ashley J. Young
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Phone: (757) 441-6712
Email: Ashley.Young@usdoj.gov

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

*Ashley J. Young*

Ashley J. Young
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Phone: (757) 441-6712
Email: Ashley.Young@usdoj.gov

10 April 2026

Date